[No. 40860-7-I.     Division One.     December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GEREMY C. HEATH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07247-4, Steven G. Scott, J., entered June 9, 1997. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 41407-1-I.     Division One.     December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MWAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05762-1, LeRoy McCullough, J., entered September 4, 1997. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 42258-8-I.     Division One.     December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HUSANI MONSHO SLAUGHTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07216-4, Patricia H. Aitken, J., entered February 12, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 42852-7-I.     Division One.     December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VICENTE GUAPILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00034-8, Norma Smith Huggins, J., entered May 11, 1998. *Affirmed* by unpublished per curiam opinion.